**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALETHIA W., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil Action No. 22-01651 (SDW) <br><br> **OPINION** <br><br> March 25, 2022 |

      **THIS MATTER** having come before this Court upon Plaintiff Alethia W.'s ("Plaintiff") filing of a Complaint, (D.E. 1), and an Application to Proceed in District Court Without Prepaying Fees or Costs, (D.E. 1-2); and

      **WHEREAS** applications to proceed *in forma pauperis* are available to plaintiffs or petitioners in order to be excused from paying certain fees for district court proceedings, including those required to commence a civil action; and

      **WHEREAS** Plaintiffs' application to proceed without prepayment of fees and costs, indicates: 1) that her only source of income is $1768.00 per month in employment income; 2) that she has expenses totaling $1181.00 per month; 3) that she has modest assets, including $9403.43 in liquid funds and a 2008 used vehicle; and

      **WHEREAS** Plaintiff has filed for bankruptcy and has medical issues; therefore

Plaintiffs' application to proceed *in forma pauperis* is **GRANTED**. An appropriate order follows.

                                                      /s/ Susan D. Wigenton
                                          **United States District Judge**

Orig:    Clerk
cc:      Parties